Form 8

**FORM 8. Entry of Appearance**

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Mannatech _____ v. Wellness Quest, LLC and Harley Reginald McDaniel

No. 16-1295

# ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

[ ] Pro Se     [✓] As counsel for: Mannatech, Inc.
                                    Name of party

I am, or the party I represent is (select one):

[ ] Petitioner   [ ] Respondent   [ ] Amicus curiae   [ ] Cross Appellant
[ ] Appellant    [✓] Appellee     [ ] Intervenor

As amicus curiae or intervenor, this party supports (select one):

[ ] Petitioner or appellant   [ ] Respondent or appellee

My address and telephone are:

- Name: Jared Daniel Eisenberg
- Law firm: Lynn Pinker Cox Hurst
- Address: 2100 Ross Avenue, Suite 2700
- City, State and ZIP: Dallas, TX 75206
- Telephone: 214-981-3822
- Fax #: 214-981-3839
- E-mail address: jeisenberg@lynnllp.com

Statement to be completed by counsel only (select one):

[ ] I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

[ ] I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

[✓] I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): admission pending

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

[✓] Yes   [ ] No

[ ] A courtroom accessible to the handicapped is required if oral argument is scheduled.

3-24-16
Date                                           Signature of pro se or counsel

cc: _____

123

# CERTIFICATE OF FILING AND SERVICE

I hereby certify that on this 25th day of March, 2016, I caused the foregoing to be filed electronically with the Clerk of the Court using the CM/ECF System, which will send notice of such filing to the following registered CM/ECF users:

Nicole W. Stafford
Aden M. Allen
Olin R. Herbert, III
WILSON, SONSINI, GOODRICH & ROSATI, PC
900 South Capital of Texas Highway
Las Cimas IV, Fifth Floor
Austin, Texas  787646
(512) 338-5402

Theodore G. Baroody
CARSTEN & CAHOON, L.L.P.
13760 Noel Road, Suite 900
Dallas, Texas  75240
(972) 367-2001

*Counsel or Appellants*

/s/ Jared D. Eisenberg
*Counsel for Appellee*